United State District Court
c/o Clerk of the Court
Lockbox 18
Federal Building
Wilmington, Delaware  19801

~ 0 6 ~ 7 1 5 ~

November 23, 2006

Dear Clerk:

    Enclosed is my petition for a habeas corpus pursuant to 28, section 2254. All of the papers should be in order. If there is a problem please contact me as soon as possible.

    Also attached is my memorandum in this case. I have also forwarded two (2) copies to the Delaware Attorney General on this same day. Thank you for your time and assistance.

Respectfully,

Edward J. Kelly, #070126
1181 Paddock Road
Delaware Correctional Center, S-1 Bldg.
Smyrna, Delaware  19977



FILED

NOV 29 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE