IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. KELLY,                )
                                )
        Petitioner,              )
                                )
v.                              )    Civil Action No. 06-715-~~KAJ~~ ✗ ✗ ✗
                                )
THOMAS CARROLL                   )
Warden, and CARL C.             )
DANBERG, Attorney               )
Generalof the State of          )
Delaware,                       )
                                )
        Respondents.             )

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AEDPA ELECTION FORM**

1. __Yes__    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. __No__    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. __No__    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

        that raises all the grounds I have for federal habeas corpus relief.  I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4.   ~~☒~~ *yes*   I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

*/s/ Edward J. Kelly*
Petitioner

