D.I. # _____

# CIVIL ACTION NUMBER: 06-715 AAA

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

06-715***

Postmark Here — JAN 2007 — RODNEY SQ STA WILMINGTON DE 19801 USPS

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET WILMINGTON DE 19801

7005 1820 0004 3169 7128

PS Form 3800, June 2002    See Reverse for Instructions

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE
2007 JAN -5 PM 3:42