D.I. # _____

# CIVIL ACTION
# NUMBER: _____06-715 AAA_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

06-715 **

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here — RODNEY SQ STA WILMINGTON DE 19801 — JAN 2007 USPS

7005 1820 0004 3169 7111

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER
City, State, ZIP+4: 1181 PADDOCK RD. SMYRNA, DE 19977

PS Form 3800, June 2002    See Reverse for Instructions

FILED
2007 JAN -5 PM 3:42
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

KG Scanned