United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

**FILED**
JAN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil Action No. 06-715 ***

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name) M. Lamon   C. Date of Delivery 1/6/07<br>D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 1. Article Addressed to:<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 7111 |

102595-02-M-1540

06cv715 ***