United States District Court

For the District of Delaware



## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-715 ***

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Kelly Uy. S6   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3169 7128 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |

06CV 715 ***