## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Edward J. Kelly,<br>    Defendant | )<br>)<br>) | |
| v. | ) | Civil Action No. 06-715 *** |
| | ) | |
| Thomas Carroll,<br>Warden, and Attorney<br>General of the State Of Delaware,<br>    Respondents | )<br>)<br>)<br>) | To: U.S. magistrate,<br>    Mary Pat Thynge |

### Request For A Three- Judge Court

January 26, 2007, the Defendant in the aforementioned case request a three-judge court pursuant to District court rule and local rule 9.2, or the equivalent.

                                    Edward J. Kelly, Pro Se
                                    1181 Paddock Road
                                  Delaware Correctional Center
                                  Smyrna, Delaware 19977



FILED
FEB -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date: January 26, 2007