IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Edward J. Kelly,<br>　　　Defendant<br><br>　　　v.<br><br>Thomas Carroll,<br>Warden, and Attorney<br>General Of the State of Delaware | )<br>)<br>)<br>) Civil Action No. 06-715 ***<br>)<br>) To: U.S. Magistrate<br>) May Pat Thynge<br>) |

FILED
FEB - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR APPOINTMENT OF COUNSEL OR
## IN THE ALTERNATIVE, STANDBY COUNSEL

Now comes the Defendant Pro Se, Edward J. Kelly and moves this honorable court to appoint him legal counsel in the above matter. The Defendant states the following grounds for his motion:

1. The Defendant Edward J. Kelly has filed an appeal in this court that involves a lot of other habitual criminals throughout the state of Delaware. Legal issues may affect others as well as himself must be protected by trained legal professionals.
2. With appointment of legal counsel can help preserve and protect legal rights in case an appeal to a higher court is necessary.
3. The appointment of legal counsel will assure integrity and fairness.
4. The issues presented in this appeal are complex and Defendant has limited legal education and it would be unfair to pit the Defendant Pro Se with very limited legal knowledge against an experienced state attorney. In view of the fact the Defendant is facing the rest of his life in prison, mistakes or errors are vital to this case.

Wherefore, in the interest of justice and fairness the Defendant Edward J. Kelly Pro Se, request this honorable court to appoint him legal assistance or in the alternative **standby counsel.**

Date: January 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　　*Edward J. Kelly*
　　　　　　　　　　　　　　　　　　　　　　　　Edward J. Kelly, Pro Se.

XC: Office of Attorney General

## Certificate Of Service

      I, Edward J. Kelly, Pro Se, hereby depose and says that I have mailed one true copy of a "motion for the appointment of counsel", and one copy of "a request for a three-judge panel" pursuant to U.S. District Court civil rule 9.2. By placing the two copies in one envelope and the U.S. mail at the Delaware Correctional Center, Smyrna Delaware on this 26 day of January 2007. To the following:

Attorney General of Delaware
Attn: Loren C. Myers, Deputy Atty. General
Appeals Division
820 N. French Street
Wilmington, Delaware 19801

Date; January 26, 2007

                                              Edward J. Kelly, Pro Se
                                              Delaware Correctional Center
                                              1181 Paddock Road
                                              Smyrna, Delaware 19977

I/M EDWARD J. Kelly
SBI# 070196    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39⁰ JAN 30 2007
MAILED FROM ZIP CODE 19977

United States District Court
U.S. Magistrate, Mary Pat Thynge
Lock Box 18
Wilmington, Delaware
19801