EDWARD J. Kelly 020126
MHU-Bldg #21, B/HC
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware

United States District Court
c/o Clerk of Court
Lock Box 18
Federal Building
844 King Street
Wilmington, De. 19801

June 25, 2007

Civil Action No. 06-715 ★ ※ ※
U.S. Magistrate Mary Pat Thynge

Dear Clerk:

I would like to know the status of my above captioned case?

I have not heard from the Court in several months, I have been transferred to Maximum Security, in case the Court did try to contact me at my old address.

Please let me know the status of the case. Thank you.

Respectfully,
Edward J. Kelly

cc: My file


FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



I/M EDWARD J. Kelly
SBI# 670126  UNIT MHU-Bldg #21, B/Hc
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Clerk of Court
844 King Street
Wilmington, DE.
19801