OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 29, 2007

TO:  Edward J. Kelly
     SBI# 070126
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     *RE:  Status of CA  06-715(***)*

Dear Mr. Kelly:

     This office received a letter from you requesting the status
of your case. Your case is assigned to the vacant judgeship and has
been referred to Magistrate Judge Mary Pat Thynge for all pretrial
proceedings, and is pending before the Court.  You will be advised
by the Court as to further developments in your case.

     I trust that this letter answers your questions concerning
this matter.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claim which you may be
alleging.

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK


cc: The Honorable Mary Pat Thynge
enc: Docket Sheet