IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. KELLY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 06-715-SLR |
| | ) |
| THOMAS CARROLL, Warden, | ) |
| and ATTORNEY GENERAL | ) |
| OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 17th day of July, 2007;

IT IS HEREBY ORDERED that:

1. Respondents' motion to dismiss petitioner Edward J. Kelly's application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (D.I. 2) as second or successive is GRANTED.[1] (D.I. 16) The instant application is petitioner's fourth habeas challenge to his 1983 conviction and life sentence as an habitual offender, and petitioner's first three federal habeas applications were denied on the merits. See Kelly v. Redman, Civ. A. No. 85-562-JLL (D. Del. Feb. 4, 1986); Kelly v. Redman, Civ. A. No. 87-83-JJF (D. Del. Sept. 23, 1987); Karim v. Taylor, Civ. A. No. 91-677-LON (D. Del. June 24, 1993). The record reveals that petitioner filed the instant application without first obtaining permission from the Court of Appeals for the Third Circuit. See 28 U.S.C.

---

[1] This matter was originally assigned to the Vacant Judgeship, but was re-assigned to the undersigned on July 17, 2007.

§ 2244(b)(1). Therefore, the court does not have the authority to review the application. Robinson v. Johnson, 313 F.3d 128, 139 (3d Cir. 2002)(holding that when a second or successive habeas petition is erroneously filed "in a district court without the permission of the court of appeals, the district court's only option is to dismiss the petition or transfer it to the court of appeals pursuant to 28 U.S.C. § 1631.").

    2. Petitioner has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and a certificate of appealability is not warranted. See United States v. Eyer, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. LAR 22.2 (2002).

    3. Petitioner's motion for a three judge court is denied as MOOT. (D.I. 13)

    4. Petitioner's motion for representation by counsel is denied as MOOT. (D.I. 14)

    5. Respondent's motion for leave to file a motion to dismiss is GRANTED. (D.I. 15)

    6. Pursuant to Rule 4, 28 U.S.C. foll. § 2254, the clerk shall forthwith serve a copy of this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General for the State of Delaware.

    7. The clerk shall also send a copy of this order to the petitioner at his address on record.

                                                       _/s/_____
                                                      United States District Court Judge